In the Matter of THE CITY OF NEW YORK Acquiring Title to Real Property Required for the Opening and Extending of Lake Street from Kings Highway to Village Road North, in the Borough of Brooklyn, City of New York. In the

Matter of the Application of GALBEN HOLDING, INC., for an Order Restraining the Comptroller of the City of New York from Making an Advance Payment for the Taking of Damage Parcels Nos. 33 and 34 in the Above Entitled Proceeding. FRANK S. VOORHEES, Appellant; GALBEN HOLDING, INC., THE CITY OF NEW YORK, Respondents.— Order restraining the comptroller from advancing any money for the award to be made for damage parcels Nos. 33 and 34 in this proceeding and permitting the petitioner Galben Holding, Inc., as assignee, to file a claim *nunc pro tunc* and to reopen the proceeding affirmed, with ten dollars costs and disbursements. No opinion. Lazansky, P. J., Young, Hagarty, Carswell and Tompkins, JJ., concur.